1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                            ----oo0oo----

11

12   BRIGHT PEOPLE FOODS DBA DR.          No. 2:24-cv-00060 WBS AC
     MCDOUGALL'S RIGHT FOODS,
13
              Plaintiff,
14                                        ORDER
         v.
15
     ALLIANCE SALES & MARKETING MW,
16   INC., and DOES 1 TO 20,

17            Defendant.

18

19                            ----oo0oo----

20        Defendant-counterclaimant Alliance Sales & Marketing

21   moves for leave to amend its answer and counterclaims, seeking to

22   add an additional counterclaim for violation of the Independent

23   Wholesale Sales Representatives Contractual Relations Act of

24   1990, Cal. Civil Code § 1738.10.  (Docket No. 17.)

25        Leave to amend should be granted "freely . . . when

26   justice so requires."  Fed. R. Civ. P. 15(a)(2).  Leave should

27   only be denied if amendment (1) would cause prejudice to the

28   opposing party, (2) is sought in bad faith, (3) would create

                                  1

1  undue delay, or (4) is futile.  Chudacoff v. Univ. Med. Ctr. of

2  S. Nev., 649 F.3d 1143, 1152 (9th Cir. 2011).

3          Plaintiff argues that the proposed amended counterclaim

4  fails to state a claim and therefore amendment would be futile.

5  This argument conflates futility with the separate issue of

6  failure to state a claim under Rule 12(b)(6).  Leave to amend

7  should be denied as futile when "no set of facts can be proved

8  under the amendment to the pleadings that would constitute a

9  valid and sufficient claim or defense." Missouri ex rel. Koster

10  v. Harris, 847 F.3d 646, 656 (9th Cir. 2017).  Plaintiff has

11  failed to make this required showing of futility.

12          Good cause appearing, the motion for leave to file an

13  amended answer and counterclaims (Docket No. 17) is hereby

14  GRANTED.  Defendant is directed to file its amended answer and

15  counterclaims within fourteen days of the issuance of this

16  Order.[1]

17          IT IS SO ORDERED.

18  Dated:  August 6, 2024

19

20  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27      [1]  The court declines to deem as filed the proposed
    pleading provided with the motion, which defendant must

28  separately file forthwith.

2