Richard Van Duzer (State Bar No. 136205)
rvanduzer@fbm.com
Erik C. Olson (State Bar No. 260452)
eolson@fbm.com
Vanessa K. Ing (State Bar No. 329577)
ving@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant ALLIANCE MIDWEST, LLC sued herein as ALLIANCE SALES & MARKETING MW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20,<br><br>Defendant. | Case No. 2:24-cv-00060-WBS-AC<br><br>**STIPULATION AND ORDER TO CONSOLIDATE RELATED CASES**<br><br>The Honorable William B. Shubb<br><br>Action Filed: November 27, 2023<br>Trial Date: June 2, 2026 |

This Stipulation to Consolidate Related Cases is entered into by and among Plaintiff Bright People Foods dba Dr. McDougall's Right Foods ("Bright People") and Defendant Alliance Midwest, LLC ("Alliance"), sued herein as Alliance Sales & Marketing MW, Inc., based on the following facts:

WHEREAS, the Court issued a Related Case Order (Dkt. No. 11) ruling that this case (*Bright People Foods DBA Dr. McDougall's Right Foods v. Alliance Sales & Marketing MW, Inc.*, removed to the Eastern District of California, Sacramento Division on January 8, 2024 ("the *Bright People* case")) should be deemed related to the case *R & M Innovations LLC v. Alliance*

*Sales & Marketing MW, Inc.*, Case No. 2:24-cv-00058-WBS-AC, removed to the same district on the same date ("the *R & M* case").

WHEREAS, both the *Bright People* case and the *R & M* case arise from, among other things, alleged breaches of substantially identical brokerage agreements entered into between the main parties, i.e., one between Bright People and Alliance, and another between R & M Innovations LLC ("R & M") and Alliance;

WHEREAS, counsel for Bright People and R & M are the same in each litigation, and counsel for Alliance are the same in each litigation;

WHEREAS, both actions concern substantially the same parties, transactions, or events, involve the same witnesses and evidence, and it appears likely that there will be an unduly burdensome duplication of labor and expense if the cases are kept separate;

WHEREAS, the parties agree that, in light of the foregoing, it is in the interests of judicial and party economy to consolidate both actions;

WHEREAS, the parties in the *R & M* case have entered into and filed an identical Stipulation and Proposed Order to Consolidate Related Cases to the present Stipulation and Proposed Order;

NOW THEREFORE, the parties, by and through their counsel of record, stipulate as follows, subject to Court approval:

1. The cases are consolidated for all purposes for discovery, motions, and trial.
2. Bright People and R & M will be considered the Plaintiffs and Counter-Defendants in the consolidated action. Alliance will be considered the Defendant and Counterclaimant against Bright People and R & M.
3. The docket in Case No. 2:24-cv-00060-WBS-AC shall constitute the master docket for every action in the consolidated action, all deadlines set in Case No. 2:24-cv-00060-WBS-AC shall apply to both actions, all deadlines set in Case No. 2:24-cv-00058-WBS-AC shall be vacated, and the caption for all filings in Case No. 2:24-cv-00060-WBS-AC shall acknowledge both original actions in accordance with the

below template:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC. and DOES 1 TO 20,<br><br>Defendants. | Case No. 2:24-cv-00060-WBS-AC<br><br>**[DOCUMENT NAME]**<br><br>The Honorable William Shubb<br><br>Action Filed:    November 27, 2023<br>Trial Date:       June 2, 2026 |
| R & M INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC. and DOES 1 TO 20,<br><br>Defendants. | Case No. 2:24-cv-00058-WBS-AC<br><br>(CONSOLIDATED) |

4.   The Federal Rules of Civil Procedure and the Eastern District of California's rules regarding discovery shall apply as though the cases were always consolidated under one caption, such that all discovery already served will go toward the limits for one case set by those rules, and information obtained in response to any discovery already served or responded to (including depositions) will be deemed to have been served and responded to in the consolidated case.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: September 4, 2025 | | FARELLA BRAUN + MARTEL LLP |
| | By: | _/s/ Erik C. Olson_ |
| | | Erik C. Olson |
| | | Attorneys for Defendant and Counterclaimant Alliance Midwest, LLC |
| Dated: September 4, 2025 | | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | By: | _/s/ Sebastien Nguyen_ |
| | | Sebastien Nguyen |
| | | Attorneys for Plaintiff and Counterdefendant Bright People Foods dba Dr. McDougall's Right Foods |

## **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| Dated: September 4, 2025 | | FARELLA BRAUN + MARTEL LLP |
| | By: | _/s/ Erik C. Olson_ |
| | | Erik C. Olson |
| | | Attorneys for Defendant and Counterclaimant Alliance Midwest, LLC |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: September 5, 2025

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE