Richard Van Duzer (State Bar No. 136205)
rvanduzer@fbm.com
Erik C. Olson (State Bar No. 260452)
eolson@fbm.com
Vanessa K. Ing (State Bar No. 329577)
ving@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant ALLIANCE MIDWEST, LLC sued herein as ALLIANCE SALES & MARKETING MW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20,<br><br>Defendant.<br><br>R & M INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC. and DOES 1 TO 20<br><br>Defendants. | Case No. 2:24-cv-00060-WBS-AC<br><br>**JOINT STIPULATION TO SUBMIT DEFENDANT ALLIANCE MIDWEST, LLC'S MOTION TO MODIFY SCHEDULING ORDER UPON THE RECORD AND BRIEFS**<br><br>The Honorable William Shubb<br><br>Action Filed:   November 27, 2023<br>Trial Date:      June 2, 2026<br>Case No. 2:24-cv-00058-WBS-AC<br><br>(CONSOLIDATED) |

JOINT STIPULATION TO SUBMIT ALLIANCE'S MOTION TO MODIFY SCHEDULING ORDER UPON RECORD AND BRIEFS - Case No. 2:24-cv-00060-WBS-AC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

44645\20725454.1

1    This Stipulation to Submit Defendant Alliance Midwest, LLC, sued herein as Alliance
2 Sales & Marketing MW, Inc.'s ("Alliance" or "Defendant") Motion to Modify Scheduling Order
3 Upon the Record and the Briefs is entered into by and among Plaintiff Bright People Foods dba
4 Dr. McDougall's Right Foods ("Bright People") and Plaintiff R & M Innovations, LLC ("R &
5 M") (collectively, "Plaintiffs") and Defendant , based on the following facts:

6    WHEREAS, Alliance's Motion to Modify Scheduling Order ("Motion") (Dkt. Nos. 38, 40)
7 is set to be heard before this Court on November 24, 2025;

8    WHEREAS, this Court requires counsel to personally appear at all motion hearings (*see*
9 Judge Shubb's Case Management Procedures, Standard Information, at 2 ("Remote Appearances
10 in Civil cases"));

11    WHEREAS, this Court retains discretion to determine whether any matter shall be off-
12 calendar and under submission on a case-by-case basis (*see id.*);

13    WHEREAS, the Parties have conferred and agree, given the narrow scope of the issues
14 presented by Alliance's Motion and the thoroughness of the Parties' briefing, that no further
15 argument is necessary for this Court to adjudicate Alliance's Motion;

16    WHEREAS, the Parties may, pursuant to E.D. Cal. Local Rule 230(g), stipulate to have a
17 motion submitted upon the record and the briefs without oral argument;

18    NOW THEREFORE, the parties, by and through their counsel of record, stipulate that
19 Alliance's Motion shall be submitted upon the record and the briefs without oral argument.

20    IT IS SO STIPULATED.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION TO SUBMIT ALLIANCE'S
MOTION TO MODIFY SCHEDULING ORDER
UPON RECORD AND BRIEFS - Case No. 2:24-cv-
00060-WBS-AC

2

44645\20725454.1

Dated: November 11, 2025        FARELLA BRAUN + MARTEL LLP

By: ___*/s/ Erik C. Olson*___
       Erik C. Olson

Attorneys for Defendant and Counterclaimant ALLIANCE MIDWEST, LLC sued herein as ALLIANCE SALES & MARKETING MW, INC.

Dated: November 11, 2025        JEFFER MANGELS BUTLER & MITCHELL LLP

By: ___*/s/ Matthew Kenefick*___
       Matthew Kenefick

Attorneys for Plaintiff and Counterdefendant BRIGHT PEOPLE FOODS dba DR. MCDOUGALL'S RIGHT FOODS and Plaintiff and Counterdefendant R & M Innovations, LLC

## **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized this filing.

Dated: November 11, 2025        FARELLA BRAUN + MARTEL LLP

By: ___*/s/ Erik C. Olson*___
       Erik C. Olson

Attorneys for Defendant and Counterclaimant ALLIANCE MIDWEST, LLC sued herein as ALLIANCE SALES & MARKETING MW, INC.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: November 12, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO SUBMIT ALLIANCE'S MOTION TO MODIFY SCHEDULING ORDER UPON RECORD AND BRIEFS - Case No. 2:24-cv-00060-WBS-AC    3    44645\20725454.1

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400