UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20,<br><br>          Defendants.<br><br>R & M INNOVATIONS LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20,<br><br>          Defendants. | No. 2:24-cv-00060 WBS AC<br><br>ORDER RE: MODIFICATION OF SCHEDULING ORDER |

----oo0oo----

Before the court is defendants' motion to modify the Scheduling Order.  (Docket No. 38.)  Federal Rule of Civil Procedure 16(b)(4) allows the court to modify its scheduling

1

order for good cause.  The "good cause" standard focuses primarily on the diligence of the party seeking the amendment. Johnson v. Mammoth Recreations, Inc., 975 F.3d 604, 609 (9th Cir. 1992).  "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification."  Id.

Defendants' counsel requests extensions of various dates in the Scheduling Order (Docket No. 16) on the grounds that plaintiff's counsel has refused to provide availability for outstanding depositions.  (See Docket No. 38 at 2-5.) Plaintiff's counsel opposes these modifications to the Scheduling Order because they were unavailable to conduct depositions on the dates defendants' counsel requested to conduct them.  (See Docket No. 42 at 2-3.)

Defendants appear to have been sufficiently diligent to support a finding of good cause to modify the current Scheduling Order.  Accordingly, the Scheduling Order is modified in the following manner:

    1.   Section IV of the Scheduling Order is modified in the following manner:

        a.   The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than **December 19, 2025.**

        b.   With regard to expert testimony intended solely for purposes of rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil

Procedure 26(a)(2) on or before **January 29, 2026**.

       c.   All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be conducted as to be completed by **February 26, 2026**. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court and so that such motions may be heard (and any resulting orders obeyed) not later than **February 26, 2026**.

    2.   Section V of the Scheduling Order is modified in the following manner:

       a.   All motions, except motions in limine, motions for continuances, temporary restraining orders, or other emergency applications shall be filed on or before **March 12, 2026**.

    3.   Section VI of the Scheduling Order is modified in the following manner:

       a.   The Final Pretrial Conference is set for **May 18, 2026** at 1:30 p.m.

    4.   Section VII of the Scheduling Order is modified in the following manner:

       a.   The jury trial is set for **September 1, 2026** at 9:00 a.m.

    5.   All other matters discussed in the May 29, 2024 Scheduling Order shall remain unchanged.

    IT IS SO ORDERED.

Dated: December 8, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE