JEFFER MANGELS & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jeffer.com*
MATTHEW S. KENEFICK (Bar No. 227298)
*mkenefick@jeffer.com*
SEBASTIEN NGUYEN (Bar No. 340913)
*SNguyen@jeffer.com*
33 Bush Street, 11th Floor
San Francisco, California 94104-2802
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Plaintiffs and Counter-Defendants
BRIGHT PEOPLE FOODS DBA DR.
MCDOUGALL'S RIGHT FOODS and R & M
INNOVATIONS LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIGHT PEOPLE FOODS DBA MCDOUGALL'S RIGHT FOODS, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE SALES & MARKETING MW, INC., <br><br> Defendant. | Case No. 2:24-cv-00060-WBS-AC <br><br> **JOINT STIPULATION TO MODIFY SCHEDULING ORDER: ORDER** <br><br> The Honorable William B. Shubb <br><br> Action Filed:     November 27, 2023 <br> Trial Date:        September 1, 2026 |
| R & M INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20 <br><br> Defendant | Case No. 2:24-cv-00058-WBS-AC <br><br> (CONSOLIDATED) |

80371360v3

This Stipulation to Amend the Case Schedule is entered into by and among Plaintiff Bright People Foods dba Dr. McDougall's Right Foods ("Bright People") and Plaintiff R & M Innovations, LLC ("R & M") (collectively, "Plaintiffs") and Defendant Alliance Midwest, LLC ("Alliance" or "Defendant"), sued herein as Alliance Sales & Marketing MW, Inc., based on the following facts:

WHEREAS, the Parties each noticed hearings on Motions for Summary Judgment and Motions to Exclude for May 11, 2026;

WHEREAS, the Pretrial Conference is currently set for May 18, 2026;

WHEREAS, Judge Shubb's Courtroom Deputy requested the parties confer regarding a continuance of the Pretrial Conference date and possibly the trial date;

WHEREAS, the parties conferred and determined that counsel for the parties are unavailable for trial between September 14, 2026 and November 27, 2026.

NOW THEREFORE, the Parties, by and through their counsel of record, stipulate that the case scheduling order shall be modified as follows:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Final Pretrial Conference | May 18, 2026 | June 15, 2026 |
| Jury Trial | September 1, 2026 | September 1, 2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

80371360v3

2

JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

Dated:  March 31, 2026          JEFFER MANGELS & MITCHELL LLP


                                By:        /s/ Sebastien Nguyen
                                        Sebastien Nguyen

                                Attorneys for Plaintiff and Counterdefendant BRIGHT
                                PEOPLE FOODS dba DR. MCDOUGALL'S RIGHT
                                FOODS and Plaintiff and Counterdefendant R & M
                                Innovations, LLC


Dated:  March 25, 2026          FARELLA BRAUN + MARTEL LLP


                                By:        /s/ Erik C. Olson
                                        Erik C. Olson

                                Attorneys for Defendant and Counterclaimant
                                ALLIANCE MIDWEST, LLC, sued herein as
                                ALLIANCE SALES & MARKETING MW, INC.

### ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized this filing.


Dated: March 31, 2026           JEFFER MANGELS & MITCHELL LLP


                                By:        /s/ Sebastien Nguyen
                                        Sebastien Nguyen

                                Attorneys for Plaintiff and Counterdefendant BRIGHT
                                PEOPLE FOODS dba DR. MCDOUGALL'S RIGHT
                                FOODS and Plaintiff and Counterdefendant R & M
                                Innovations, LLC

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated:  April 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

80371360v3

3

JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER