Richard Van Duzer (State Bar No. 136205)
rvanduzer@fbm.com
Erik C. Olson (State Bar No. 260452)
eolson@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
John M. Ugai (State Bar No. 318565)
jugai@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant ALLIANCE
MIDWEST, LLC sued herein as ALLIANCE
SALES & MARKETING MW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20,<br><br>Defendant. | Case No. 2:24-cv-00060-WBS-AC<br><br>**ORDER GRANTING JOINT REQUEST FOR MODIFICATION OF PRETRIAL ORDER**<br><br>The Honorable William Shubb<br><br>Action Filed:    November 27, 2023<br>Trial Date:      September 1, 2026 |
| R & M INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC. and DOES 1 TO 20<br><br>Defendants. | Case No. 2:24-cv-00058-WBS-AC<br><br>(CONSOLIDATED) |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING JOINT REQUEST FOR
MODIFICATION OF PRETRIAL ORDER – Case
No. 2:24-cv-00060-WBS-AC

44645\21153084.1

After considering the Joint Request for Modification of Pretrial Order submitted by Defendant and Counterclaimant Alliance Midwest, LLC ("Alliance"), sued herein as Alliance Sales & Marketing MW, Inc., and Plaintiffs and Counter-Defendants Bright People Foods dba Dr. McDougall's Right Foods and R & M Innovations LLC's ("Plaintiffs"), and for good cause shown, the Court **GRANTS** the Joint Request for Modification of Pretrial Order with respect to the numbering of trial exhibits.  The Final Pretrial Order in this action (ECF No. 98) is modified as follows:

Plaintiffs shall be permitted to use exhibit numbers 1-300, and Alliance shall be permitted to use exhibit numbers 400 and onwards.


**IT IS SO ORDERED.**

Dated:  June 22, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING JOINT REQUEST FOR
MODIFICATION OF PRETRIAL ORDER – Case
No. 2:24-cv-00060-WBS-AC

2

44645\21153084.1