Richard Van Duzer (State Bar No. 136205)
rvanduzer@fbm.com
Erik C. Olson (State Bar No. 260452)
eolson@fbm.com
Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
John M. Ugai (State Bar No. 318565)
jugai@fbm.com
Dylan M. Silva (State Bar No. 306363)
dmsilva@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant ALLIANCE
MIDWEST, LLC sued herein as ALLIANCE
SALES & MARKETING MW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20,<br><br>Defendant. | Case No. 2:24-cv-00060-WBS-AC<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE TRIAL 45 DAYS AND MODIFY PRETRIAL ORDER**<br><br>The Honorable William Shubb<br><br><br>Action Filed:  November 27, 2023<br>Trial Date:  September 1, 2026 |
| R & M INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE SALES & MARKETING MW, INC. and DOES 1 TO 20<br><br>Defendants. | Case No. 2:24-cv-00058-WBS-AC<br><br>(CONSOLIDATED) |

ORDER GRANTING REQUEST TO CONTINUE
TRIAL AND MODIFY PRETRIAL ORDER – Case
No. 2:24-cv-00060-WBS-AC

44645\21160586.1

After considering the Joint Request to Continue Trial 45 Days and Modify the Pretrial Order submitted by Defendant and Counterclaimant Alliance Midwest, LLC ("Alliance"), sued herein as Alliance Sales & Marketing MW, Inc., and Plaintiffs and Counter-Defendants Bright People Foods dba Dr. McDougall's Right Foods and R & M Innovations LLC's ("Plaintiffs"), and for good cause shown, the Court **GRANTS** the Joint Request to Continue Trial 45 Days and Modify the Pretrial Order.  The Court hereby continues the trial in this matter to October 20, 2026, and modifies the pretrial deadlines in the Final Pretrial Order as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Counsel for each Party shall file and serve a statement designating all answers to interrogatories and all portions of depositions intended to be offered or read into evidence, with the exception of portions to be used only for impeachment or rebuttal. | August 4, 2026 | September 18, 2026 |
| The Parties shall submit a joint statement of the case to be read to the jury. | August 12, 2026 | September 28, 2026 |
| Counsel for each Party shall file trial briefs pursuant to Local Rule 285. Counsel for each Party shall include as part of their respective trial briefs (1) their complete points of law discussion, and (2) briefing for any motions in limine or motions to exclude. | August 12, 2026 | September 28, 2026 |
| Counsel for Plaintiffs shall lodge and serve, pursuant to Local Rule 163, copies of all jury instructions that Plaintiffs request be given on Plaintiffs' claims.  Counsel for Plaintiffs shall also file and serve a copy of a proposed form of verdict as to their claims. | August 12, 2026 | September 28, 2026 |
| Counsel for Defendant shall lodge and serve, pursuant to Local Rule 163, copies of all jury instructions that Defendant requests be given on Defendant's counterclaims.  Counsel for Defendant shall also file and serve a copy of a proposed form of verdict as to their counterclaims. | August 12, 2026 | September 28, 2026 |
| Counsel for each Party shall submit all proposed jury voir dire questions which they wish the Court to ask. | August 12, 2026 | September 28, 2026 |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING REQUEST TO CONTINUE TRIAL AND MODIFY PRETRIAL ORDER – Case No. 2:24-cv-00060-WBS-AC

2

44645\21160586.1

| Event | Current Date | Proposed Date |
|---|---|---|
| Counsel for any other Party may file and serve a counter-designation of other portions of the same depositions intended to be offered or read into evidence and may file evidentiary objections to any other Parties' designation. | August 18, 2026 | October 2, 2026 |
| Counsel for Defendant shall file and serve any objections to the instructions proposed by Plaintiffs as to Plaintiffs' claims.  Counsel for Defendant shall lodge and serve, pursuant to Local Rule 163, copies of any and all jury instructions not already proposed by Plaintiffs, which Defendant requests be given for Plaintiffs' claims.  Counsel for Defendant shall file and serve a copy of any proposed form of verdict and shall also file any objections to Plaintiffs' proposed form of verdict as to Plaintiffs' claims. | August 21, 2026 | October 5, 2026 |
| Counsel for Plaintiffs shall file and serve any objections to the instructions proposed by Defendant as to Defendant's counterclaims.  Counsel for Plaintiffs shall lodge and serve, pursuant to Local Rule 163, copies of any and all jury instructions not already proposed by Defendant, which Plaintiffs request be given for Defendant's counterclaims. Counsel for Plaintiffs shall file and serve a copy of any proposed form of verdict and shall also file any objections to Defendant's proposed form of verdict as to Defendant's counterclaims. | August 21, 2026 | October 5, 2026 |
| Each Party shall exchange copies of all exhibits identified in this Order, or make them reasonably available for inspection by all other Parties. | August 21, 2026 | October 5, 2026 |
| The Parties may file evidentiary objections to any other Party's counter-designation. | August 21, 2026 | October 5, 2026 |
| Counsel for Plaintiffs shall file and serve any objections to the instructions proposed by Defendant and to any proposed form of verdict as to Plaintiffs' claims. | August 26, 2026 | October 13, 2026 |
| Counsel for Defendant shall file and serve any objections to the instructions proposed by Plaintiffs and to any proposed form of verdict as to Defendant's counterclaims. | August 26, 2026 | October 13, 2026 |
| Any and all objections to such exhibits shall be filed and served. | August 26, 2026 | October 13, 2026 |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING REQUEST TO CONTINUE TRIAL AND MODIFY PRETRIAL ORDER – Case No. 2:24-cv-00060-WBS-AC

3

44645\21160586.1

| Event | Current Date | Proposed Date |
|---|---|---|
| The attorney for each Party is directed to appear before trial and present an original (and if physically possible one copy) of each exhibit to Judge Shubb's Deputy Clerk. | September 1, 2026, at 8:30 am | October 20, 2026, at 8:30 am |
| Jury trial begins | September 1, 2026, at 9:00 am | **October 20, 2026, at 9:00 am** |

**IT IS SO ORDERED.**

Dated:  June 25, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING REQUEST TO CONTINUE
TRIAL AND MODIFY PRETRIAL ORDER – Case
No. 2:24-cv-00060-WBS-AC

4

44645\21160586.1