JEFFER MANGELS & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
*sgibson@jeffer.com*
MATTHEW S. KENEFICK (Bar No. 227298)
*mkenefick@jeffer.com*
SEBASTIEN NGUYEN (Bar No. 340913)
*SNguyen@jeffer.com*
333 Bush Street, 11th Floor
San Francisco, California 94104-2802
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Plaintiffs and Counter-Defendants
BRIGHT PEOPLE FOODS DBA DR.
MCDOUGALL'S RIGHT FOODS and R & M
INNOVATIONS LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE SALES & MARKETING MW, INC.,<br><br>Defendant. | Case No. 2:24-cv-00060-WBS-AC<br><br>**ORDER GRANTING PLAINTIFFS BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS AND R & M INNOVATIONS LLC'S REQUEST TO AMEND PLAINTIFFS' EXHIBIT LIST**<br><br>The Honorable William B. Shubb |
| R & M INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE SALES & MARKETING MW, INC., and DOES 1 TO 20<br><br>Defendant | Action Filed:    November 27, 2023<br>Trial Date:       September 1, 2026<br><br>Case No. 2:24-cv-00058-WBS-AC<br><br>(CONSOLIDATED) |

After considering Plaintiffs and Counter-Defendants Bright People Foods dba Dr. McDougall's Right Foods and R & M Innovations LLC's ("Plaintiffs") Request to Amend Plaintiffs' Exhibit List, and for good cause shown, the Court **GRANTS** Plaintiffs' Request to Amend Plaintiffs' Exhibit List.  The Final Pretrial Order in this action (ECF No. 98) is modified as follows:

Plaintiffs are permitted to amend their exhibit list to include Plaintiffs' Exhibit Nos. 287-298.

**IT IS SO ORDERED.**

Dated:  June 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS BRIGHT PEOPLE FOODS DBA DR. MCDOUGALL'S RIGHT FOODS AND R & M INNOVATIONS LLC'S REQUEST TO AMEND PLAINTIFFS' EXHIBIT LIST